UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| BEN EDTL, | Case No. 3:22-cv-00003-AR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| BEST BUY STORES, L.P., CHRIS DAVIS, AND JANE DOE, | |
| Defendants. | |

**ARMISTEAD, Magistrate Judge**

Based on the Opinion and Order dated October 13, 2022, IT IS ORDERED AND ADJUDGED that this action is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED October 13, 2022

_____
JEFFREY ARMISTEAD
United States Magistrate Judge